UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :
                                                          :
            v.                                            :     Criminal No. 3:00CR44(JCH)
                                                          :     Civil No.:      3:04CV1667(JCH)
                                                          :
TODD DAVENDER,                            :
_____:

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME FOR THE FILING OF ITS RESPONSE TO THE DEFENDANT'S MOTION TO VACATE

The Government respectfully requests an extension of time for the filing of its response to the defendant's Motion to Vacate.

On October 1, 2004, the defendant, pursuant to Title 28 U.S.C., § 2255, filed a Motion to Vacate his convictions.

On October 14, 2004 the Court ordered the Government to file its response on or before November 17, 2004. In order to appropriately and thoroughly respond to the defendant's submission, a review of the trial transcript, sentencing hearing and related filings is necessary. The Government is presently reviewing the record and preparing its response.

On November 2, 2004 the defendant filed an "amendment" to his Motion to Vacate, setting forth an additional claim in support of his original motion. Moreover, on November 12, 2004, the Government received defendant's Motion for Appointment of Counsel, seeking an attorney to assist him in pursuing his Motion to Vacate.

As the defendant continues to supplement his original filing and apparently is preparing or contemplating further filings, the Government respectfully requests that the Court allow the Government an additional 45 days to file its response in opposition to defendant's Motion to Vacate.

Furthermore, the defendant previously filed a "Petition for Panel Rehearing and/or Suggestion for Rehearing En Banc" with the Second Circuit Court of Appeals.  As this "Petition" is presently pending, no further action in regard to defendant's 2255 petition should be taken at this time.  See, United States ex rel Calabro v. United States Marshal, 466 F.2d 1350, 1351 (2d Cir. 1972) (per curiam).

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JAMES FILAN
ASSISTANT UNITED STATES ATTORNEY
FOR:


PETER D. MARKLE
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct05098
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700
peter.markle@usdoj.gov

## <u>CERTIFICATION</u>

This is to certify that a copy of the within and forgoing Government's Motion for

Extension of Time for the Filing of its Response to the Defendant's Motion to Vacate sent by

first class mail on November 17, 2004 to the following:

Todd Davender
Register No. 13960-014
U.S. Penitentiary
P.O. Box 7000
Florence, CO 81226

_____
JAMES FILAN
ASSISTANT UNITED STATES ATTORNEY
FOR:

PETER D. MARKLE
ASSISTANT U.S. ATTORNEY