Todd Davender
Reg. No. 13960-014         NOV 12 2004
U.S. Penitentiary
P.O. Box 7000
Florence, Colorado 81226
Petitioner - pro se

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Todd Davender,                       )
                                     )
        Movant-Petitioner,           )   Crim. No. 3:00 CR 44 (JCH)
   v.                                )   App. No. 01-1638; 02-1101
                                     )
UNITED STATES OF AMERICA,            )
                                     )   November, 8th 2004
        Plaintiff-Respondent.        )
                                     )
_____)

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW petitioner, Todd Davender, acting pro se., respectfully moves this Court for an appointment of counsel to reprsent petitioner in the above caption case for the following reasons set forth:

> 1. I am indigent and unable to retain private counsel to assist me with the legal terminologies of law that which is to complex.
>
> 2. I have received legal assistance from a jailhouse litigant to prepare all motions thus far.
>
> 3. It is in my best interest to be appointed counsel to develop the facts present before the court.

1

## CONCLUSION

Petitioner notes that his Constitutional rights have been violated and that he is not the most adroit person in law. Yet, petitioner's positive that the Scale of Justice will be weighed, giving the petitioner the chance at life, liberty, and the pursuit of happiness in less than the time that was originally given.

WHEREFORE, for the above stated reasons, petitioner prays that this Honorable Court will grant his MOTION in this case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this foregoing instrument has been mailed postage prepaid on this 8th day of November, 2004, by depositing same in the legal mail box at U.S.P. Florence, Colorado 81226.

Dated this 8th day of November, 2004

Mr. Gordon H. Hall
U.S. Attorney's Office
157 Church St., P.O. Box 1824
23rd. Floor
New Haven, CT 06510

**Office of the Clerk
U.S. Courthouse
915 Lafayette Blvd
Bridgeport, CT 06604**

Todd Davender
Register No: 13960-014
U.S. Penitentiary
Post Office Box 7000
Florence, Colorado 81226
Petitioner - pro se

2