Todd Davender
Reg. No. 13960-014
U.S.P. Florence
P.O. Box 7000
Florence, Colorado  81226

MAR 21 2005

FILED

2005 MAR 29  A 8: 41

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Clerk of Court
915 Lafayette Boulevard
Bridgeport, Connecticut  06604

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RE: **Davender v. United States** Crim. No. 3:00 CR 44 (JHC)
　　　　　　　　　　　　　　　　　　Civil No. 3:04 CV 1667 (JHC)

Dear Clerk:

　　Please be advised that Petitioner's [Todd Davender] Memorandum in Support of the § 2255 motion is presently pending. However, Petitioner is now filing this **"Letter"** [in accordance with **Rules of Appellate Procedure, Rule 28(j)**], citing **"Supplemental Authority"** to his issue(s) raised under Argument(s) G-I, at pages 10-17. Petitioner requests that the law provided by the U.S. Supreme Court in **Booker/FanFan**, #03-9168, decided by the Court in **March, 2005** is used in assessing the issue(s) presented in his Motion. (See, Memorandum in Support of §2255 motion).

## CONCLUSION

　　Petitioner notes that his Constitutional rights have been violated and that he is not the most adroit person in law. Yet, Petitioner is positive that the Scale of Justice will be weighed, giving the petitioner the chance at life, liberty, and the pursuit of happiness in less that the time that was originally given.

WHEREFORE, for the above states reasons, petitioner prays that this Honorable Court will grant his MOTION in this case.

Respectfully submitted,

*[signature]*
Todd Davender
Reg. No. 13960-014
U.S. Penitentiary
P.O. Box 7000
Florence, Colorado  81226

(Petitioner - pro se)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this foregoing "Letter" of "Supplemental Authority" has been mailed postage prepaid on this __15__ day of March, 2005, by depositing same in the legal mailbox at U.S.P. Florence, P.O. Box 7000, Florence, Colorado, 81226, to the addresses listed below:

**Dated this __15__ day of March, 2005.**

**Peter D. Markle**
U.S. Attorney's Office
157 Church St., P.O. Box 1824
23rd Floor
New Haven, CT  06508

**Office Of The Clerk**
**U.S. Courthouse**
**915 Lafayette Blvd.**
**Bridgeport, Connecticut  06604**

*[signature]*
Todd Davender
Register No. 13960-014
U.S. Penitentiary
P.O. Box 7000
Florence, Colorado  81226

(Petitioner - Pro Se)