Original

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 APR 26 P 4:31

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| TODD DAVENDER., Petitioner | )) )) )) )) )) | |
|---|---|---|
| Vs. | )) )) | Civil Case No: 3:04-CV-1667(JCH) |
| | )) )) )) | |
| UNITED STATES OF AMERICA., Respondants | )) )) | |

MOTION TO AMEND AND OR TO FILE SUPPLEMENTAL
PLEADINGS PURSUANT TO **RULE 15(a)**, OF THE
FEDERAL RULES OF CIVIL PROCEDURE

Comes, Now The Petitioner Todd Davender, In This Cause To So Advise And To Seek This Most Honorable United States District Courts Perm--ission To Amend And Or To Supplement Pursuant To The Petitioners Brief, **Title 28 U.S.C. 2255**, Now Pending Before This Court.

Because This Petitioner Has Once Amended His Petition On Or About November 2, 2004, In His Pleadings To Vacate ----- Under The Rules This Petitioner So Acknowledges That He Must Seek This Courts Per--mission To Once Again Amend A Pending Petition Before The Court. **Rule 15(d),** Of The Federal Rules Of Civil Procedure So States That Pursuant To Supplemental Pleadings, That Upon Motion Of A Party, The Court May, Upon Reasonable Notice And Upon Such Terms As Are Just, Permit The Party To Serve A Supplemental Pleading Setting Forth Transactions Or Occurances Or Events Which Have Happened Since The Date Of The Original Pleadings And Or Briefings To Be So Supplemented. Permission Also May Be Granted Even Though The Orig--inal Pleadings Is Possibally Defective. Pursuant To The Aformentioned Rules, If The Court Deems It Advisable That The Adverse Party Shall Be Notified And The Court Specify Briefing Times Thereafter.

The Petitioner Todd Davender, Acknowledges Under **Rule 15(a),** That He May Amend Any Pleadings Only By Leave Of The Court.

Pursuant To This Motion To Amend And Or To Supplement, The Petitioner Seeks This Most Honorable Courts Permission To Amend In Civil Case Number: 3:04-CV- 1667(JCH), Now Pending Before This Court.

/S/: _____
TODD DAVENDER #13960-014
U.S. Penitentiary
P.O. Box #7000
Florence, Colorado 81226

CC's:

( 2 )

## CERTIFICATE OF SERVICE

On This Date Of: _April 19, 2006_, I, The Petitioner Todd Davender, Now Submits The Enclosed And Attached Motion To Amend And Or Supplemental Pleadings And Ask The Court To Acknowledge Receipt Pursuant To This Certificate Of Service.

The Original Copy And Three Copies Of The Original Has Been Mailed To The Office Of The Federal Clerk On The Above Date.

Also On This Date, A True Copy Has Been Mailed To The Office Of The United States Attorney, At P.O. Box #1824, New Haven, Connecticut 06508.

/S/: _____

Todd Davender
#13960-014
U.S. Penitentiary
P.O. Box #7000
Florence, Colorado
81226

CC's: