Todd Davender
Reg. No. 13960-014
U.S. Penitentiary
P.O. Box 7000
Florence, Colorado   81226

Petitioner - Pro Se

2007 MAR -b A 9: 29

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TODD DAVENDER,                          )
     Movant - Petitioner,             )
                           )      Civil No: 3:041667(JCH)
                           )      Crim. No: 3:00-CR-44(JCH)
     Vs.                              )
                           )
UNITED STATES OF AMERICA,                )
     Plaintiff - Respondent.          )

---

**PERMISSION TO WITHDRAW SUPPLEMENTAL
PLEADING FILED DECEMBER 22, 2005
TO BE REFILED CORRECTLY.**

---

### INTRODUCTION

COME NOW, the Movant, Todd Davender, pro se, and petitions this Honorable Court to grant Movant's Supplemental pleading to his 28 U.S.C. § 2255 motion. In the instant case Movant is asking the Court to take notice of **Haines v. Kerner**, 404 U.S. 519, 520 (1972)(per curiam)(pro se complaint held to less stringent standard than formal papers drafted by lawyers). In support of his motion, Movant states the following:

Petitioner filed a Supplemental pleading pertaining to "Actual innocents" and Title 18 U.S.C. §3559 which does not pertain to him.

However, the petitioner would ask the Court because he mistakenly filed the wrong issues that he may refile the Supplemental pleading with the correct issues to be put forth before the court.

/S/ _____

Todd Davender - #13960-014
U.S.P. Florence
P.O. Box # 7000
Florence, CO. 81226-7000

## CERTIFICATE OF SERVICE

Comes Now the petitioner Todd Davender, to hereby certify that on this date of: __2-28-07__ , that the original copy and three copies of the original enclosed and attached petition/motion pursuant to Rule 15(d) of the Federal Rules of Civil Procedure, a Motion To Supplement, has been mailed to the Office of the Federal Clerk at United States Courthouse, 912 Lafayette Blvd, Bridgeport, Connecticut 06604 ---- As well please so be advised that a true copy has also been mailed to the Office of the United States Attorney, 157 Church st., P.O. Box #1824, New Haven, CT. 06510, all on the aforementioned Date.

/S/ _____

Todd Davender - #13960-014
U.S.P. Florence
P.O. Box 7000
Florence, CO. 81226-7000