Todd Davender
Reg. No: 13960-014
U.S. Penitentiary
P.O. Box 7000
Florence, Colorado  81226

Petitioner - Pro Se

FILED

2007 MAR 15  P 3: 52

DISTRICT COURT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **TODD DAVENDER,**<br>        Movant-Petitioner,<br><br>    **Vs.**<br><br>**UNITED STATES OF AMERICA,**<br>        Plaintiff-Respondent. | Civil No:  3:04-1667(JCH)<br><br>Crim. No:  3:00-CR-44(JCH) |

---

### PERMISSION TO FILE
### SUPPLEMENTAL PLEADING IN SUPPORT OF MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO RULES OF CIVIL PROCEDURE RULE 15(d).

---

### INTRODUCTION

COMES NOW, the Movant, Todd Davender, pro se, and petitions this Honorable Court to grant Movant's Supplemental pleading to his 28 U.S.C. § 2255 motion. In the instant case Movant is asking the Court to take notice of **Haines v. Kerner**, 404 U.S. 519, 520 (1972)(per curiam)(pro se complaint held to less stringent standard than formal papers drafted by lawyers). In support of his motion, Movant states the following:

Petitioner withdrew a supplemental pleading filed on December 22, 2005 and refiled the motion correctly on Janurary 28, 2007. I also filed three other amendments, one on Oct. 27, 2004 in which I resubmitted to be sure of full compliance dated Jan. 10, 2007, another on May 5, 2006, a third on Jan. 12, 2007. However, petitioner is asking permission to file a fifth time to be sure of any an all claims.

<u>**CONCLUSION**</u>

Petitioner prays this Honorable Court will grant his motion.


_____
Todd Davender
Reg. No. 13960-014
P.O. Box 7000
Florence, Colorado  81226

Petitioner - <u>pro se</u>

2

## <u>CERTIFICATION</u>

I HEREBY CERTIFY that a true and correct copy of this foregoing instrument has been mailed postage prepaid on this *9th* day of March, 2007 by deposting same in the legal mail box at U.S.P. Florence, Colorado, 81226. To the following:

Peter D. Markle
Assistant United States Attorney
Federal Bar No. ct  05098
157 Church Street
New Haven, Ct.  06510


Office of the Clerk
U.S. Courthouse
915 Lafayette Blvd.
Bridgport, Ct.  06604

_____

Todd Davender
Reg. No. 13960-014
P.O. Box 7000
Florence, Colorado  81226

Petitioner - <u>pro se</u>