UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD DAVENDER : | |
|    Petitioner : | |
| : | CIVIL ACTION NO. |
| v. : | 3-00-cr-44(JCH) |
| : | |
| UNITED STATES OF AMERICA : | APRIL 23, 2007 |
|    Respondent : | |

**ORDER TO SHOW CAUSE**

Upon the Petition of Todd Davender, the Respondent is hereby ORDERED to Show Cause as to why the relief prayed for in the Motion to Vacate, Set Aside or Correct Sentence [Doc. No. 591], and Supplemental Pleading [Doc. No. 625], pursuant to 28 U.S.C. 2255, should not be granted. The Respondent shall file its response on or before **MAY 14, 2007**. Any reply shall be filed by the Petitioner on or before **JUNE 11, 2007.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 23rd day of April, 2007.

                                            /s/ Janet C. Hall
                                            Janet C. Hall
                                            United States District Judge