Todd Davender
Reg. No. 13960-014
U.S. Penitentiary
P.O. Box 7000
Florence, Colorado  81226

Petitioner - Pro Se

*FILED*
*APR 3 0 2007*
*2007 APR 30 P 4: 37*
*U.S. DISTRICT COURT*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD DAVENDER, )<br>    Movant - Petitioner, )<br>)<br>Vs. )<br>)<br>)<br>UNITED STATES OF AMERICA, )<br>    Plaintiff - Respondent. ) | Civil No: 3:04-1667(JCH)<br>Crim. No: 3:00-CR-44(JCH) |

## MOTION FOR SUMMARY JUDGMENT
## PURSUANT TO RULE 56(a) OF FEDERAL RULES OF CIVIL PROCEDURE

COMES NOW, Todd Davender, pro se, respectfully requesting the Court to grant Summary Judgment as to petitioner's § 2255 motion to vacate, set Aside or correct sentence due to respondent's failure to comply with an order signed by Judge Janet C. Hall on March 19, 2007, which ordered respondent to respond before or on April 12, 2007.

Respectfully submitted,

Todd Davender
Petitioner Pro Se

## CERTIFICATION

I HEREBY CERTIFY that a true and correct copy of this foregoing instrument has been mailed postage prepaid on this 25th day of April, 2007 by depositing same in the legal mail box at U.S.P. Florence, Colorado, 81226. To the following:

Peter D. Markle
Assistant United States Attorney
Federal Bar No. ct 05098
157 Church Street
New Haven, Ct.  06510

_____
Todd Davender
Reg. No.  13960-014
P.O. Box 7000
Florence, Colorado   81226

Petitioner - Pro Se