IN THE
United States District Court
For The District of Connecticut

FILED
2007 JUN 15 P 2: 27
U.S. DISTRICT COURT

Todd Davender, )
    Petitioner, )
) Crim. No. 3:00-CR-44(JCH)
) Civ. No. 3:04-CV-1667(JCH)
Vs. )
)
United States of America, )
    Respondent, )

---

MOTION FOR SUMMARY JUDGEMENT
Fed.R.Civ.Pro. Rule 56(a)

---

In Hall's response he claims that there were only two court orders to show cause. Petitioner states that this court entered an order to show cause three times. The dates being Oct. 14, 2004, March 19, 2007 and April 23, 2007 and yet the respondent failed to comply. Before receiving the Court's third order petitioner filed for summary judgment for respondents failure to comply, dated April 25, 2007* On March 9th. 2007 petitioner filed a supplemental pleading stating trial counsel's ineffective assistance because a variance occurred between the charge and the proof at trial, in which the respondent neglected to address.

For the foregoing reasons, the respondent forfeits the right to this argument and the court may grant petitioner's summary judgment.

\* The respondent did file an opposition reply dated May 15, 2007, a day late from the order given.

## CONCLUSION

Wherefore because the respondent's opposition was filed out of time and neglects to address petitioner's supplemental motion filed March 9, 2007 (variance). The oppisition should be denied and petitioner's 28 USC § 2255 motion granted.

_____
Todd Davender

Dated: June 10, 2007

## CERTIFICATE OF SERVICE

I, Todd Davender, hereby certify that I have served a true and correct copy of the following: **Motion for Summary Judgement.**
Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court Houston v. Lack, 101 L.Ed.2d 245 (1989), upon the Court and parties to litigation and/or his/her attorney(s) of record, by placing in a sealed, postage prepaid envelpe addressed to:

Gordon H. Hall - A.U.S.A.
157 Church Street
New Haven, CT   06510

and deposited same in the United States Postal Mail at the United States Penitentiary at Florence, Colorado  81226

On this 10th day of June, 2007.

_____
Todd Davender - 13960-014
United States Penitentiary
Post Office Box 7000
Florence, Colorado  81226

2