Todd Davender
13960-014
P.O. Box 7000
Florence, CO 81226
Petitioner - <u>Pro se</u>

FILED

2007 AUG -6  P 3: 16

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Todd Davender., ) <br> Petitioner ) <br> ) <br> ) | Crim No: 3:00-CR-44 (JCH) |
| Vs. ) | Civ No: 3:04-CV-1667 (JCH) |
| ) <br> ) <br> UNITED STATES OF AMERICA., ) <br> Respondants ) | |

## JUDICIAL NOTICE RULE 201

Petitioner is mindful of the Court busy schedule, reappear without counsel and moves this Court to give pause and take judicial notice under Federal Rules of Criminal Procedure Rule 201 of the facts infra:

### FACT TO BE TAKEN JUDICIAL NOTICE

Upon the governments opposition to Petitioner's 2255 motion, Gordon H. Hall states that petitioner misread the transcript. That is not however the Petitioner's position in which Mr. Hall would lead the Court to believe as to argument (K). See Petitioner's 2255 motion under argument (K), at pages 17-18. Petitioners srgument clearly states that only 11grams should have been the bases of the governments case in cheif surrounding the conspiracy and that all testimony should have only gone towards the guilt of the 11grams. What Petitioner stated in his 2255 motion under argument (K),

that if you combine all the lab-reports together the amount would add up to 68grams not what Gordon H. Hall would lead the court to believe I the petitioner misread. Only the 11grams should have been introduced into evidence upon the jury deliberating, not the other 57grams. this created an illusion, a imaginary ghost. In other words where did the jury come up with threshold finding of 50grams or more if the only factual evidence that were introduced into evidence was 11grams. However, petitioner notes that exhibit 68, 69, 73, 81, 82, were all introduced into evidence by Roger W. Godino the chemist of record. Take those exhibits add to attached exhibits you'll have 68grams.

## CONCLUSION

For the foregoing reason, this court should grant the Petitioner's motion.

_July 30, 2007_
Dated July 30, 2007


Todd Davender
13960-014
U.S.P.
P.O. Box 7000
Florence, CO 81226
Petitioner - Pro se

2

## CERTIFICATE OF SERVICE

A copy of the foregoing was forwarded to: GORDON H. HALL, AUSA FEDERAL BAR No. ct05153, 157 CHURCH STREET NEW HAVEN, CT 06510 on July 30, 2007.

_____
Todd Davender
Petitioner - Pro se

**U.S. Department of Justice**
**Drug Enforcement Administration**

Read Instructions on Reverse before completing.

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | | 2a. FILE NO | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|---|
| [X] Purchase | [ ] Seizure | [ ] Free Sample | | | | |
| [ ] Lab. Seizure | [ ] Money Flashed | [ ] Compliance Sample (Non-Criminal) | | | | |
| [ ] Internal Body Carry | [ ] Other (Specify) | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| NEW HAVEN, CT | | |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL [ ] Case No. OR [ ] Seizure No. No. | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| | | | |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 8 | | | | | | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?   [ ] NO (Included above)   [ ] YES (if Yes, enter exhibit no. and describe original container fully)
REMARKS:

17. SUBMITTED BY SPECIAL AGENT (Signature)

18. APPROVED BY (Signature & Title)

### LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 22. SEAL [ ] Broken [ ] Unbroken | 23. RECEIVED BY (Signature & Date) | 24. Print or Type NAME and TITLE |

### LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

AMENDED REPORT
RE-ANALYSIS FOR COURT
EXHIBIT #8 CONTAINS COCAINE BASE
NEW GROSS WT: 36.4G
NEW NET WT: 9.8G

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 8 | 135950 | COCAINE BASE | | | | | 9.6G |

| 34. ANALYST (Signature) ROGER W. GODINO | 35. TITLE S/Forensic Chemist | 36. DATE COMPLETED 04-25-2001 |
|---|---|---|
| 37. APPROVED BY (Signature & Date) HOWARD L. DOBRES | 38. TITLE Laboratory Director | 39. LAB. LOCATION New York |

DEA Form - 7
(Sept. 1995)

Previous edition dated 4/90 may be used until stock is exhausted.

1 - Prosecution

**U.S. Department of Justice**
**Drug Enforcement Administration**

Read Instructions on Reverse before completing.

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

**1. HOW OBTAINED (Check)**
- [ ] Lab. Seizure
- [X] Purchase
- [ ] Seizure
- [ ] Free Sample
- [ ] Money Flashed
- [ ] Compliance Sample (Non-Criminal)
- [ ] Internal Body Carry
- [ ] Other (Specify)

**2a. FILE NO** [redacted]
**2b. PROGRAM CODE**
**3. G-DEP ID**

**4a. WHERE OBTAINED (City, State/Country):** NEW HAVEN, CT
**4b. DATE OBTAINED**
**5. FILE TITLE** [redacted]

**6a. REFERRING AGENCY (Name)**
**6b. REFERRAL** ☐ Case No. OR ☐ Seizure No.
**7. DATE PREPARED**
**8. GROUP NO.**

| Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 9 | | | | | | |

**WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?** ☐ NO (included above) ☐ YES (If Yes, enter exhibit no. and describe original container fully)

**REMARKS:**

**SUBMITTED BY SPECIAL AGENT (Signature)**
**18. APPROVED BY (Signature & Title)**

### LABORATORY EVIDENCE RECEIPT REPORT

| NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| SEAL ☐ Broken ☐ Unbroken | 23. RECEIVED BY (Signature & Date) | 24. Print or Type NAME and TITLE |

### LABORATORY REPORT

**ANALYSIS SUMMARY AND REMARKS**

AMENDED REPORT
RE-ANALYSIS FOR COURT

EXHIBIT #9 CONTAINS COCAINE BASE
NEW GROSS WT: 32.2G
NEW NET WT: 5.4G

| Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| | 136198 | COCAINE BASE | | | | | 5.2G |

**ANALYST (Signature)** GER W. GODINO
**35. TITLE** S/Forensic Chemist
**36. DATE COMPLETED** 04-25-2001

**APPROVED BY (Signature & Title)** WARD L. DOBRES
**38. TITLE** Laboratory Director
**39. LAB. LOCATION** New York

Form (1995) - 7
Previous edition dated 4/90 may be used until stock is exhausted.

1 - Prosecution

**U.S. Department of Justice**
**Drug Enforcement Administration**

Read Instructions on Reverse before completing.

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

1. HOW OBTAINED (Check)
   - [ ] Lab. Seizure
   - [ ] Money Flashed
   - [ ] Internal Body Carry
   - [X] Purchase
   - [ ] Compliance Sample (Non-Criminal)
   - [ ] Other (Specify)
   - [ ] Seizure
   - [ ] Free Sample

2a. FILE NO
2b. PROGRAM CODE
3. G-DEP ID

4a. WHERE OBTAINED (City, State/Country): NEW HAVEN, CT
4b. DATE OBTAINED
5. FILE TITLE

6a. REFERRING AGENCY (Name)
6b. REFERRAL — Case No. OR Seizure No.
7. DATE PREPARED
8. GROUP NO.

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 10 | | | | | | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?  [ ] NO (Included above)  [ ] YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:

17. SUBMITTED BY SPECIAL AGENT (Signature)
18. APPROVED BY (Signature & Title)

### LABORATORY EVIDENCE RECEIPT REPORT

19. NO. PACKAGES
20. RECEIVED FROM (Signature & Date)
21. Print or Type NAME and TITLE
22. SEAL [ ] Broken [ ] Unbroken
23. RECEIVED BY (Signature & Date)
24. Print or Type NAME and TITLE

### LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

AMENDED REPORT
RE-ANALYSIS FOR COURT
EXHIBIT #10 CONTAINS COCAINE BASE
NEW GROSS WT: 38.3G
NEW NET WT: 11.3G

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 10 | 136414 | COCAINE BASE | | | | | 11.2G |

34. ANALYST (Signature) ROGER W. GODINO
35. TITLE: S/Forensic Chemist
36. DATE COMPLETED: 04-25-2001

37. APPROVED BY (Signature & Date) HOWARD L. DOBRES
38. TITLE: Laboratory Director
39. LAB. LOCATION: New York

DEA Form - 7
(Sept 1995)
Previous edition dated 4/90 may be used until stock is exhausted.

1 - Prosecution

**U.S. Department of Justice**
**Drug Enforcement Administration**

Read Instructions on Reverse before completing.

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

1. HOW OBTAINED (Check): [X] Purchase  [ ] Seizure  [ ] Free Sample  [ ] Lab. Seizure  [ ] Money Flashed  [ ] Compliance Sample (Non-Criminal)  [ ] Internal Body Carry  [ ] Other (Specify)

2a. FILE NO: [redacted]
2b. PROGRAM CODE:
3. G-DEP ID:

4a. WHERE OBTAINED (City, State/Country): NEW HAVEN, CT
4b. DATE OBTAINED:
5. FILE TITLE: [redacted]

6a. REFERRING AGENCY (Name):
6b. REFERRAL: [ ] Case No. OR [ ] Seizure No.
7. DATE PREPARED:
8. GROUP NO.:

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 11 | | | | | | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? [ ] NO (included above)  [ ] YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:

17. SUBMITTED BY SPECIAL AGENT (Signature):
18. APPROVED BY (Signature & Title):

### LABORATORY EVIDENCE RECEIPT REPORT

19. NO. PACKAGES:
20. RECEIVED FROM (Signature & Date):
21. Print or Type NAME and TITLE:
22. SEAL: [ ] Broken  [ ] Unbroken
23. RECEIVED BY (Signature & Date):
24. Print or Type NAME and TITLE:

### LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

AMENDED REPORT
RE-ANALYSIS FOR COURT
EXHIBIT #11 CONTAINS COCAINE BASE
NEW GROSS WT: 41.4G
NEW NET WT: 11.5G

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | 29. Strength | 30. Measure | 31. Unit | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| 11 | 136565 | COCAINE BASE | | | | | 11.4G |

34. ANALYST (Signature): ROGER W. GODINO
35. TITLE: S/Forensic Chemist
36. DATE COMPLETED: 04-25-2001
37. APPROVED BY (Signature & Date): HOWARD L. DOBRES  4/25/01
38. TITLE: Laboratory Director
39. LAB. LOCATION: New York

DEA Form - 7
(Sept. 1995)

Previous edition dated 4/90 may be used until stock is exhausted.

1 - Prosecution