UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD DAVENDER, | : | |
|     Petitioner, | : | |
| | : | CRIMINAL NO.: 00-CR-44(JCH) |
|     v. | | |
| | : | CIVIL NO.: 04-CV-1667(JCH) |
| UNITED STATES OF AMERICA, | : | |
|     Respondent | : | MAY 30, 2008 |

ORDER

On January 22, 2008 Todd Davender moved this court to supplement his habeas petition for resentencing pursuant to Amendment 706 USSG App. C. (11/1/07). See Petition to Suppl. (Doc. No. 669). The court understood this Motion to Supplement to be a Motion for Resentencing and caused the motion to be redocketed accordingly. The court hereby appoints counsel to Davender.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 30th day of May, 2008.

                                                /s/ Janet C. Hall
                                              Janet C. Hall
                                              United States District Judge