UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:00 cr 44 (JCH) |
| VS. | |
| TODD DAVENDER | JUNE 18, 2008 |

**MOTION FOR REAPPOINTMENT AS COUNSEL FOR THE DEFENDANT, TODD DAVENDER**

The defendant, TODD DAVENDER, by and through undersigned counsel, requests that the Court reappoint counsel to represent Mr. Davender, in order to represent him for a reduction of sentence crack cocaine pursuant to 18 U.S.C. §3582(C).

In making this motion, defendant asserts that undersigned counsel represented defendant at the time of his original sentencing and is in the best position to represent at this new stage in his case. Defendant has been incarcerated since the time of his sentencing and is otherwise without funds to pay for the services of counsel for this important motion.

WHEREFORE, defendant respectfully moves this court to re-appoint undersigned counsel to represent defendant in his pursuit of relief and reduction of his sentence pursuant to 18 U.S.C. §3582 and in light of Amendment 706 to the United States Sentencing Guidelines. Defendant respectfully moves that his motion be granted.

RESPECTFULLY SUBMITTED,
DEFENDANT, TODD DAVENDER

BY _____
JONATHAN J. EINHORN, ESQ.
412 ORANGE STREET
NEW HAVEN, CONNECTICUT 06511
203-777-3777
FEDERAL BAR NO. ct00163

**CERTIFICATION**

I hereby certify that on June 18, 2008, a copy of the foregoing Motion was mailed, postage prepaid to the following counsel of record:

Alina Reynolds, Esq.
Assistant U.S. Attorney
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Christine L. Sciarrino, Esq.
Assistant U.S. Attorney
157 Church Street
New Haven, Connecticut 06510

_____
JONATHAN J. EINHORN